UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORTON A. BENDER** )<br>1025 Connecticut Avenue, N.W. )<br>Suite 606 )<br>Washington, DC 20036 )<br>  )<br>  and )<br>  )<br>**GRACE M. BENDER** )<br>1025 Connecticut Avenue, N.W. )<br>Suite 606 )<br>Washington, DC 20036, )<br>  )<br>  )<br>  Plaintiffs, )<br>  )<br>  v. )<br>  )<br>**INDEPENDENCE FEDERAL SAVINGS BANK** )<br>1229 Connecticut Avenue, N.W. )<br>Washington, DC 20036 )<br>  )<br>  )<br>  **Defendant.** )<br>  ) | C.A. No. _____<br><br>Related Case No. 1:04CV00736<br>(RMC) |

## CERTIFICATE OF COUNSEL

Undersigned counsel for Plaintiffs Morton A. Bender and Grace M. Bender certifies, pursuant to Local Rule 65.1(a), that on September 9, 2005, our office notified James Schropp, Esquire, John Hall, Esquire and Thomas Batties by telephone/telephone message that on September 9, 2005 the Plaintiffs had filed an Application for Temporary Restraining Order and Preliminary Injunction to be heard as soon as possible. Undersigned counsel further certifies that on September 9, 2005, the documents identified below were served by facsimile on:

    James Schropp, Esquire
    Fried, Frank, Harris, Shriver & Jacobson, LLP
    1001 Pennsylvania Ave, NW

Washington DC 20004-2505

John Hall, Esquire
Muldoon, Murphy & Faucette LLP
5101 Wisconsin Avenue, NW
4th & 5th Floors
Washington DC 20016

Thomas Batties
Independce Federal Savings Bank
1229 Connecticuite Avenue, N.W.
Washington, D.C.  20036

Copies of Documents Served:

1.  Verified Complaint for Temporary, Preliminary and Permanent Injunctive Relief ;

2.  Application for Temporary Restraining Order and Preliminary Injunction;

3.  Memorandum in support of Application for Temporary Restraining Order and Preliminary Injunction;

4.  Request for Expedited Oral Hearing on Benders' Application for Preliminary Injunctive Relief; and

5.  Declaration of Morton Bender.

Respectfully submitted,

COOTER, MANGOLD, TOMPERT
 & KARAS, L.L.P.

---

Dale A. Cooter, Bar No. 227454
Donna S. Mangold, Bar No. 358851
James E. Tompert, , Bar No. 358952
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C.  20015

      (202)537-0700
      efiling@cootermangold.com
      *Attorneys for Plaintiffs*
      *Morton A. Bender and Grace M. Bender*