UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MORTON A. BENDER** )<br>1025 Connecticut Avenue, N.W. )<br>Suite 606 )<br>Washington, DC 20036 )<br>　　　　　　　　　　　　　　　　　　)<br>　and　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>**GRACE M. BENDER** )<br>1025 Connecticut Avenue, N.W. )<br>Suite 606 )<br>Washington, DC 20036, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　　)<br>　v. )<br>　　　　　　　　　　　　　　　　　　)<br>**INDEPENDENCE FEDERAL SAVINGS BANK** )<br>1229 Connecticut Avenue, N.W. )<br>Washington, DC 20036 )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　) | C.A. No. _____<br><br>Related Case No. 1:04CV00736<br>(RMC) |

**THE BENDERS' REQUEST FOR EXPEDITED ORAL HEARING
ON THEIR APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF**

Plaintiffs Morton A. Bender and Grace M. Bender (the "Benders"), by and through their undersigned counsel, pursuant to Local Rule of Civil Procedure 65.1(d), request an expedited oral hearing on their Application for preliminary injunctive relief and in support hereof state as follows:

Rule 65.1(d) of the Local Rules of this Court provides that, if requested by the moving party, and on a showing that expedition of the hearing is essential, "a hearing on an application

for preliminary injunction shall be set by the court no later than 20 days after its filing, unless the court earlier decides the motion on the papers or makes a finding that a later hearing date will not prejudice the parties." The Benders respectfully submit that the circumstances of this case warrant an expedited hearing. Since 2003, Defendant Independence Federal Savings Bank ("Bank" or "Independence") has engaged in tactics aimed at destroying the voting rights of the Benders in their capacity as shareholders, the latest of which is the Bank's delay in holding an annual meeting of shareholders for the election of directors, in violation of federal banking regulations.

With prior litigation in this Court between the Bank and the Benders recently concluded, the Bank's Board of Directors has once again resorted to manipulating the Bank's corporate governance procedures in its effort to freeze out the Benders. As long as there is no annual meeting scheduled, the Benders are deprived of their right to exercise their voting rights regarding the current membership of the board. As has already been demonstrated in this Court in the prior litigation, absent an order from this Court compelling the Bank and its Board to act, it will not do so. As the months have continued to tick by since the aborted shareholder's meeting May 11, 2005, the voting rights of the shares owned by the Benders continue to diminish. The 2005 annual shareholders meeting was scheduled for May 11, 2005, rescheduled to June 8, 2005, and then rescheduled to September 14, 2005. By the Board's action taken September 9, 2005, the Board seeks to delay yet again the shareholders' meeting. Unless the Benders' application for a preliminary injunction is heard on an expedited basis, they will continue to be prejudiced by the delays orchestrated by the Bank.

## CONCLUSION

For the foregoing reasons, the Benders respectfully request this Court to schedule an expedited oral hearing on their Application for Preliminary Injunctive Relief.

        Respectfully submitted,

        COOTER, MANGOLD, TOMPERT
         & KARAS, L.L.P.


        _____
        Dale A. Cooter, Bar #277454
        Donna S. Mangold, Bar #358851
        James E. Tompert, Bar #358952
        5301 Wisconsin Avenue, N.W.
        Suite 500
        Washington, D.C.  20015
        (202)537-0700
        efiling@cootermangold.com
        *Attorneys for Plaintiffs*
        *Morton A. Bender and Grace M. Bender*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Benders' Request for Expedited Oral Hearing on Their Application for Preliminary Injunctive Relief was sent by facsimile on the 9th day of September 2005, to:

>James H. Schropp, Esquire
>Fried, Frank, Harris, Shriver
> & Jacobsen, LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004-2505
>schroja@ffhsj.com
>
>Thomas Batties, President
>INDEPENDENCE FEDERAL SAVINGS BANK
>1229 Connecticut Avenue, N.W.
>Washington, DC 20036

_____<br>
Dale A. Cooter

D:\Prelim Inj - REQUEST FOR EXPEDITED ORAL HEARING.wpd