**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

```
MORTON A. BENDER, et al.,          )
                                   )
          Plaintiffs,              )
                                   )    1:05CV01787 (RMC)
     v.                            )
                                   )
INDEPENDENCE FEDERAL SAVINGS BANK, )
                                   )
          Defendant.               )
_____)
```

### NOTICE OF VOLUNTARY DISMISSAL
### <u>WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(i)</u>

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Morton A. Bender and Grace M. Bender, hereby voluntarily dismiss this action against Defendant Independence Federal Savings Bank without prejudice.

Respectfully submitted,

COOTER, MANGOLD, TOMPERT
 & KARAS, L.L.P.

_____/s/_____
Dale A. Cooter, Bar #277454
5301 Wisconsin Ave., N.W.
Suite 500
Washington, DC 20015
(202) 537-0700
dcooter@cootermangold.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Voluntary Dismissal was served

by first class mail postage prepaid on the 15th day of September 2005, to:

> Robert Royer, Esquire
> Royer & Brooks
> 925 15th Street
> 5th Floor
> Washington, D.C.  20005

  /s/
Dale A. Cooter